UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 0 2009

Clerk, U.S. District and
Bankruptcy Courts

Robert M. Bourne, )
)
Plaintiff, )
)
v. )   Civil Action No. 09 1724
)
Michael Mukasey, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case under Rule 12 (h)(3) for lack of subject matter jurisdiction.

Plaintiff, a prisoner confined in Waymart, Pennsylvania, sues former Attorney General Michael Mukasey apparently in his official capacity. In the one-page complaint, plaintiff claims that he sent to the Department of Justice "by certified mail the events that led up to Jimmy Hoffa's murder and the place of Jimmy Hoffa's remains," but that the United States has refused to pay the $1 million reward it offered. Plaintiff's claim lies, if at all, in the Court of Federal Claims, which has exclusive jurisdiction to "render judgment upon any claim against the United States founded [] upon . . . any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States [] for . . . damages in cases not sounding in tort, 28 U.S.C. § 1491(a)(1), and exceeding $10,000, 28 U.S.C. §1346(a)(2). A separate order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: September ___, 2009